NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5039


GEORGE CALVIN MCCULLOUGH,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.


George Calvin McCullough, of Anderson, South Carolina, pro se.

Richard P. Schroeder, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for defendant-appellee.  With him on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Kathryn A. Bleecker, Assistant Director.

Appealed from:  United States Court of Federal Claims

Judge Emily C. Hewitt

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5039

GEORGE CALVIN MCCULLOUGH,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

_____

DECIDED:  June 6, 2007

_____

Before MAYER, <u>Circuit Judge</u>, CLEVENGER, <u>Senior Circuit Judge</u>, and PROST, <u>Circuit Judge</u>.

PER CURIAM.

George Calvin McCullough appeals from the final judgment of the United States Court of Federal Claims dismissing his complaint.  <u>McCullouch v. United States</u>, No. 06-483 (Sept. 29, 2006).  We <u>dismiss</u> Mr. McCullough's appeal.

I

An appeal from the Court of Federal Claims must be filed within 60 days after entry of judgment.  <u>See</u> 28 U.S.C. 2107(b).  Mr. McCullough did not file his notice of appeal until 88 days after the Court of Federal Claims entered its judgment dismissing his complaint.

II

The requirement of a timely filed notice of appeal is mandatory and jurisdictional, and cannot be waived. <u>Griggs v. Provident Consumer Discount Co.</u>, 459 U.S. 56, 61 (1982); <u>see</u> Fed. R. App. P. 26(b) (stating that "the court may not extend the time to file a notice of appeal"). An untimely appeal to this court must be dismissed for lack of jurisdiction. <u>Sofarelli Associates, Inc. v. United States</u>, 716 F.2d 1395, 1396-97 (Fed. Cir. 1983).

Because Mr. McCullough's appeal is untimely, we dismiss.

No costs.